CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Ronald Salyer, | ) |
| Plaintiff, | ) Case No. 7:05CV00269 |
| v. | ) **FINAL ORDER** |
| CACV OF COLORADO, LLC, *et al.* | ) By: Hon. James C. Turk |
| | ) Senior United States District Judge |
| Defendants. | ) |

This case is before the court on the parities cross-motions for summary judgment. (Dkt. Nos. 9 & 12). For the reasons stated in the accompanying Memorandum Opinion, it is

**ADJUDGED AND ORDERED**

that the defendants' motion for summary judgment be **GRANTED**, the plaintiff's motion for summary judgment be **DENIED**, and any state law claims be **DISMISSED WITHOUT PREJUDICE**.

The plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff and to counsel of record for the defendants.

ENTER: This 27th day of July, 2005.

/s/ James C. Turk
Senior United States District Judge